# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**GREGORY DAVIS, #46640**                                                         **PETITIONER**

**VS.**                       **CIVIL ACTION NO. 3:08-cv-256-WHB-LRA**

**MARGARET BINGHAM**                                                             **RESPONDENT**

## **FINAL JUDGMENT**

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and the Opinion and Order entered this day adopting the Report and Recommendation of United States Magistrate Judge Linda R. Anderson, denying Petitioner's Objection to that Report and Recommendation, and granting Respondent's Motion to Dismiss, this case is hereby dismissed with prejudice.

SO ORDERED this the 26th day of March, 2009.


                                                                            <u>s/ William H. Barbour, Jr.</u>
                                                                            UNITED STATES DISTRICT JUDGE